Dismissed and Memorandum Opinion filed March 24, 2005









Dismissed and Memorandum Opinion filed March 24, 2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00066-CV

____________

 

STEVE NELSON,
Appellant

 

V.

 

COMMISSION FOR LAWYER DISCIPLINE, Appellee

 



 

On Appeal from the
400th District Court 

Fort Bend
County, Texas

Trial Court Cause No.02-CV-125218

 



 

M E M O R A N D U M  O P I N I O N

This is an appeal from a judgment signed September 23,
2004.  The notice of appeal was filed on
December 21, 2004.  To date, our records show
that appellant did not establish indigence in accordance with Texas Rule of
Appellate Procedure 20.1.  Nor has
appellant paid the $125.00 appellate filing fee.  See Tex.
R. App. P. 5 (requiring payment of fees in civil cases unless indigent).









After being notified that this appeal was
subject to dismissal, appellant did not adequately respond. 
Accordingly, the appeal is ordered dismissed.  See Tex.
R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply
with notice from clerk requiring response or other action within specified
time).  

 

PER CURIAM

 

 

Judgment rendered and Memorandum
Opinion filed March 24, 2005.

Panel consists of Justices
Edelman, Seymore, and Guzman.